# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JERARD HAMPTON,**

    Plaintiff,

  v.                                         Case No. 19-CV-688

**BRIAN FOSTER, et al.,**

    Defendants.

## ORDER

On January 22, 2020 I granted Hampton's motion to recruit counsel. (Docket #34). To expedite finding Hampton an attorney, I will refer this case to the Eastern District of Wisconsin Bar Association (EDWBA) who have agreed to assist the court in the recruitment process. The volunteer lawyers working on recruitment will be unable to effectively assist the court in the recruitment process if their mental impressions, conclusions, opinions or legal theories that are generated during the recruitment process are subject to future discovery by any party, whether or not they are provided to *pro bono* counsel.

Accordingly, finding good cause under Federal Rule of Civil Procedure 26(c) and Civil Local Rule 26(e),

**IT IS THEREFORE ORDERED** that all mental impressions, conclusions, opinions, or legal theories generated by the EDWBA volunteer lawyers working on the recruitment process for this case (as well as paralegals, other administrative staff

or law students working under the direction of the lawyers), including those provided to *pro bono* counsel as part of the recruitment process, are confidential attorney work-product and are not subject to discovery in this case (or in any other case involving the same plaintiff). To encourage full and frank discussion, all communications during the recruitment process, oral and written, are strictly confidential, regardless of whether the recruitment is successful in securing *pro bono* counsel.

Within 30 days of the referral to the EDWBA, and regularly thereafter, the volunteer attorneys will provide to the court a confidential update regarding the status of the EDWBA's recruitment efforts. The update may be provided by email to chambers. The court will issue a further order to the parties regarding the outcome of the EDWBA's recruitment efforts, and plaintiff will be provided the opportunity to consent to any recruited *pro bono* counsel.

Dated at Milwaukee, Wisconsin, this 2nd day of October, 2020.

**BY THE COURT:**

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge